# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

**FREDDIE PEACOCK**

Case Number: 01-CR-127-ORL-22DAB

USM Number: 24676-018

James T. Skuthan, AFPD
201 S. Orange Ave. Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 5, 8, 9, 12, 13, and 14 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 5 | New Criminal Conduct, Possession of 20 Grams or Less of Cannabis. | February 14, 2008 |
| 8 | Failure to Submit Written Monthly Reports. | March 2008 |
| 9 | Failure to Work Regularly at a Lawful Occupation. | April 2007 |
| 12 | Frequenting a Location Where Drugs are Illegally Sold, Used, Distributed, or Administered. | February 14, 2008 |
| 13 | Failure to Reside in a Residential Re-entry Center/Residential Re-Entry Sanctions Center | February 15, 2008 |
| 14 | Failure to Complete Community Service. | March 28, 2008 |

Violations 1, 2, 3, 4, 6, 7, 10, 11, and 15 are dismissed on the motion of the United States.

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

10/29/2008

_____
ANNE C. CONWAY
CHIEF UNITED STATES DISTRICT JUDGE

November 3, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 Months**. It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case